IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SOUTHBARK, INC., *et al.*, | * | |
|     Plaintiffs, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. 13-00183-KD-M |
| | * | |
| | * | |
| MOBILE COUNTY COMMISSION, *et al.*, | * | |
|     Defendants. | * | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 11, 2013, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss (Doc. 30) is **GRANTED in part** and **DENIED in part** as follows: **GRANTED** as to Plaintiff Dusty Feller's asserted claim of standing, Count Six (Section 1983 defamation), Count Seven (Section 1983 defamation) and Count Fourteen (negligence) such that those claims are **DISMISSED** and Plaintiff Dusty Feller is **DISMISSED** as a party to this action; and **DENIED** as to Count One (municipal liability under Section 1983), Count Two (free speech), Count Ten (free speech provision of State constitution) and Count Thirteen (state common law defamation).

**DONE** and **ORDERED** this the **27th** day of **September 2013.**

                                      /s/ Kristi K. DuBose
                                      **KRISTI K. DuBOSE**
                                      **UNITED STATES DISTRICT JUDGE**